IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DARNELL HART | * |
| v. | * Civil No. JFM-00-3466 |
| GIANT FOOD, INC., ET AL. | * |

ORDER

Upon consideration of plaintiff's motion to alter, amend and/or supplement the court's order dated April 18, 2001, and the memorandum submitted in connection therewith, it is, this 11th day of June 2001

ORDERED that said motion be denied.

J. Frederick Motz
United States District Judge