JUDGMENT

FILED: August 12, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 01-1031
CA-98-3565-JFM

RAQIB A. MUHAMMAD

    Plaintiff - Appellant

and

KIMBERLY L.C. MARTIN

    Plaintiff

v

GIANT FOOD INCORPORATED; J. SAINSBURY (USA) HOLDING, a/k/a The Sainsbury Group; PETE MANOS, CEO/President in his individual and official capacity, Giant Food, Incorporated; DEBRA LILLY, in her official capacity, Director of Fair Employment Office, Giant Food, Incorporated; NICK SACCHETTI, Store Manager in his official capacity, Giant Food, Incorporated; BOB SCHOENING, Vice President, in his official capacity, Giant Food, Incorporated

    Defendants - Appellees

and

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, AFL-CIO Union Local 400

    Defendant

NO. 01-1032
CA-00-3465-JFM
CA-98-3565

DANIEL E. JOHNSON, III

    Plaintiff - Appellant

v.

GIANT FOOD INC; PETE MANOS, CEO/President in his individual and official capacity, Giant Food, Incorporated; DEBRA LILLY, in her official capacity, Director of Fair Employment Office, Giant Food, Incorporated; NICK SACCHETTI, Store Manager in his official capacity, Giant Food, Incorporated; BOB SCHOENING, Vice President, in his official capacity, Giant Food, Incorporated

       Defendants - Appellees

NO. 01-1033
CA-00-3466-JFM
CA-98-3565-JFM

DARNELL HART, on behalf of those persons similarly situated

       Plaintiff - Appellant

v

GIANT FOOD INCORPORATED; PETE MANOS, CEO/President in his official capacity, Giant Food, Incorporated; DEBRA LILLY, in her official capacity, Director of Fair Employment Office, Giant Food, Incorporated; NICK SACCHETTI, Store Manager in his official capacaity, Giant Food, Incorporated; BOB SCHOENING, Vice President, in his official capacity, Giant Food, Incorporated

       Defendants - Appellees

NO. 01-1034
CA-00-3467-JFM
CA-98-3565-JFM

RONALD A. EVANS

       Plaintiff - Appellant

v

GIANT FOOD INC; PETE MANOS, CEO/President in his individual and official capacity, Giant Food, Incorporated; DEBRA LILLY, in her official capacity, Director of Fair Employment Office, Giant Food, Incorporated; NICK SACCHETTI, Store Manager in his official capacity, Giant Food, Incorporated;

BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

   Defendants - Appellees

          NO. 01-1035
            CA-00-3468-JFM
            CA-98-3565-JFM

LINDA A. JONES

   Plaintiff - Appellant

 v.

GIANT FOOD INC; PETE MANOS, CEO/President in his individual
and official capacity, Giant Food, Incorporated; DEBRA
LILLY, in her official capacity, Director of Fair Employment
office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacity, Giant Food, Incorporated;
BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

   Defendants - Appellees

          NO. 01-1036
            CA-00-3469-JFM
            CA-98-3565-JFM

MYRA B. JONES

   Plaintiff - Appellant

GIANT FOOD INC; PETE MANOS, CEO/President in his individual
and official capacity, Giant Food, Incorporated; DEBRA
LILLY, in her official capacity, Director of Fair Employment
Office, Giant Food, Incorporated; NICK SACCHETTI, Store
Manager in his official capacity, Giant Food, Incorporated;
BOB SCHOENING, Vice President, in his official capacity,
Giant Food, Incorporated

   Defendants - Appellees

```
--------------------
Appeal from the United States District Court for the
District of Maryland at Baltimore
--------------------
```

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK